# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5098                                  September Term, 2006

07cv00080

Filed On:

Robert J. Clarke,
      Appellant

v.

George W. Bush,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   APR - 4 2007

CLERK

## O R D E R

    Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

    **ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

    **FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Elizabeth V. Scott
Deputy Clerk