# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 07-5098**

**September Term, 2007**

07cv00080

**Filed On: December 4, 2007**

[1084531]
Robert J. Clarke,

            Appellant

    v.

George W. Bush,

            Appellee

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: _____ 1/24/08

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
Order on Costs

## ORDER

By order filed August 15, 2007, appellant was directed to file his brief and appendix by September 28, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. To date, appellant has not complied with the court's August 15, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____

Deputy Clerk